JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IVAN J. C., | ) | CASE NO. CV 20-10418-AGR |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for further proceedings at steps four and five of the sequential analysis.

DATED: October 5, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge